**United States District Court**
**Southern District of New York**

---------------------------------------------------------x

Linton, et al     **Plaintiff**

**Against**

Rotan Mosle Inc., et al

**Defendant**

---------------------------------------------------------x

84md00581

<u>**Order**</u>

    It appearing that this action has been pending over three (3) years, and all presently contemplated proceedings completed, and there having been no action herein for over 12 months, it is

    Ordered that this action is statistically closed, and the Clerk is directed to submit a JS - 6 form to the Administrative office, United States Courts.

Dated: 9/21/23

_Loretta A. Preska_
**U.S.D.J**

Action Commenced:

Last Docket Entry: